**NOT**
Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Paul A. Hofmann, Esq.
Nevada Bar No. 10369
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
Paul.Hofmann@wilsonelser.com
*Attorneys for Defendant Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAN WINTER, individually,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation d/b/a in Nevada as TARGET STORE #T1207, and DOES I through V and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO:   2:11-cv-01314-JCM -RJJ |

### NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO:  CLERK OF THE COURT; and

TO:  ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

   Defendant Target Corporation, by and through its counsel of record, KYM SAMUEL CUSHING, ESQ. and PAUL J. HOFMANN, ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel SCOTT VAN ALFEN, ESQ. formerly of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, is no longer the attorney of record in this case. Defendant request that Mr. Van Alfen be removed from the Court's electronic service list.

. . .

. . .

291346.1

NOTICE IS HEREBY GIVEN that KYM SAMUEL CUSHING, ESQ. and PAUL J. HOFMANN, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendant Target Corporation. The firm name, address, telephone number, and fax number will remain the same.

DATED this 10th day of January, 2012.

SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATE: JAN. 20, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: _____
Kym Samuel Cushing, Esq.
Nevada Bar No. 004242
Paul A. Hofmann, Esq.
Nevada Bar No. 10369
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this ___ day of January, 2012 I electronically filed and served a true and correct copy of the foregoing **NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** to all parties on file with the CM/ECF.

Sam Harding, Esq.
SAM HARDING LAW FIRM
1100 East Bridger Avenue
Las Vegas, NV 89101
Phone 702.383.7777
FAX 702.548.9111
Attorney for Plaintiff

BY: _____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP